IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**THEODOR A. PERRONE, #K3983**                                    **PETITIONER**

**VERSUS**                              **CIVIL ACTION NO. 1:08CV71HSO-JMR**

**LAWRENCE KELLY**                                                **RESPONDENT**

## FINAL JUDGMENT

This matter is before the Court on submission of the Report and Recommendation [10] of Chief United States Magistrate Judge John M. Roper entered in this cause on August 20, 2008. The Court, having adopted said Report and Recommendation as the finding of this Court by Order entered this date, finds that this matter should be dismissed.

Accordingly,

**IT IS, ORDERED AND ADJUDGED** that, Petitioner's Petition for Writ of Habeas Corpus should be and is hereby dismissed.

**SO ORDERED AND ADJUDGED**, this the 16th day of September, 2008.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE